# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PETER LEE, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., et al.,<br><br>          Defendants. | Case No.  15-cv-04562-BLF<br><br>**ORDER SCHEDULING MOTION TO STAY FOR MARCH 17, 2016** |

The Court held a Case Management Conference for this case and a related case, *Case v. Hertz. Corp.*, 5:15-cv-02707-BLF, on December 17, 2015. At the CMC, the parties jointly requested that the Court reschedule the Motion to Stay pending in this case ("*Lee* Motion"), currently set for March 17, 2016, to January 21, 2016, the date on which the parties intend to argue a Motion to Dismiss or Stay in *Case* ("*Case* Motion").

The parties had not reserved the January 21, 2016 hearing date, contrary to this Court's Standing Order Re Civil Cases. *See id.* at C.1. Unaware that the parties had not reserved the date, the Court granted the parties' request to schedule both hearings for January 21, 2016.

Given that the date was unreserved and the calendar is full on that date, the Court VACATES the January 21, 2016 hearing date for both motions and SCHEDULES the *Lee* Motion and the *Case* Motion for March 17, 2016 at 9:00 AM.

**IT IS SO ORDERED.**

Dated: December 17, 2015

_____
BETH LABSON FREEMAN
United States District Judge