UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PETER LEE, et al.,

   Plaintiffs,

  v.

DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., et al.,

   Defendants.

Case No. 15-cv-04562-BLF

**ORDER SCHEDULING MOTION TO STAY FOR JANUARY 21, 2016**

On December 17, 2015, the Court issued an order scheduling the pending Motion to Stay in this case ("*Lee* Motion") and the pending Motion to Dismiss or Stay in a related case, *Case v. Hertz Corp.*, 5:15-cv-02707-BLF ("*Case* Motion"), for March 17, 2016 because the requested date of January 21, 2016 had not been reserved. Counsel has provided an e-mail exchange showing he had reason to believe that the January 21, 2016 hearing date had been reserved. *See Case* Docket, ECF 50. Accordingly, the Court SCHEDULES the *Lee* Motion and the *Case* Motion for January 21, 2016 at 9:00 AM.

**IT IS SO ORDERED.**

Dated: December 18, 2015

_____
BETH LABSON FREEMAN
United States District Judge