OUTTEN & GOLDEN LLP
Jahan C. Sagafi (SBN 224887)
jsagafi@outtengolden.com
Katrina L. Eiland (SBN 275701)
Keiland @ outtengolden.com
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone:  (415) 638-8800
Facsimile:  (415) 638-8810

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO
BAY AREA
Meredith Desautels (SBN 259725)
mdesautels@lccr.com
Stephanie Funt (SBN 300152)
sfunt@lccr.com
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telphone:  (415) 543-9444
Facsimile:  (415) 543-0296

BERGER & MONTAGUE, P.C.
E. Michelle Drake, MN Bar No. 0387366*
emdrake@bm.net
Joseph C. Hashmall, MN Bar No. 392610*
jhashmall@bm.net
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
*admitted *pro hac vice*

*Attorneys for Plaintiffs and
proposed Class Members*

NIXON PEABODY LLP
Robert A. Dolinko (SBN 76256)
rdolinko@nixonpeabody.com
Chrles M. Dyke (SBN 183900)
cdyke@nixonpeabody.com
Matthew J. Frankel (SBN 256633)
mfrankel@nixonpeabody.com
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Telephone: 415-984-8200
Facsimile: 415-984-8300

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER LEE and LATONYA CAMPBELL, individually, on behalf of other similarly situated individuals, and on behalf of the general public,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE HERTZ CORPORATION, DOLLAR THRIFTY AUTOMATOIVE GROUP, INC., and DOES 1-20 inclusive,<br><br>    Defendant. | Case No.:5:15-cv-04562-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING ~~EQP VIP WPI "~~ CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE**<br><br>Judge: Hon. Beth Labson Freeman |

STIPULATION AND [PROPOSED] ORDER VACATING THE CASE MANAGEMENT
CONFERENCE AND SETTING BRIEFING SCHEDULE
Case No. 5:15-cv-02707-BLF

4819-7618-8468.2

1  WHEREAS, the parties agree to vacate the Case Management Conference in this
2  matter, which is scheduled for July 28, 2016, at 11:00 a.m. (ECF No. 40);

3  WHEREAS, Plaintiffs wish to file an amended complaint in this action following
4  the U.S. Supreme Court's decision in *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016);

5  WHEREAS, Plaintiffs have provided Defendants a redlined copy of a proposed
6  amended Complaint;

7  WHEREAS, Defendants consent to Plaintiffs filing such an amended complaint
8  without waiving their right to challenge any factual or legal contention therein;

9  WHEREAS, Plaintiffs agree to file an amended Complaint by July 15, 2016;

10  WHEREAS, Defendants agree to file their response to the amended Complaint by
11  August 18, 2016;

12  WHEREAS, should Defendants file a motion in response to the amended
13  Complaint, Plaintiffs agree to file the opposition to such motion by September 8, 2016;

14  WHEREAS, Defendants agree to reply to Plaintiffs' opposition by September 22,
15  2016;

16  THEREFORE, the parties jointly request that the Case Management Conference
17  be vacated and this briefing schedule be adopted by the Court.

18
19  IT IS SO STIPULATED.
20

21  Dated: July 14, 2016         OUTTEN & GOLDEN LLP

22                               By:  */s/ Jahan C. Sagafi*
23                               Jahan C. Sagafi (SBN 224887)
                                 jsagafi@outtengolden.com
24                               Katrina L. Eiland (SBN 275701)
                                 keiland@outtengolden.com
25                               One Embarcadero Center, 38th Floor
                                 San Francisco, CA 94111
26                               Telephone: (415) 638-8800
                                 Facsimile: (415) 638-8810

27                               LAWYERS' COMMITTEE FOR CIVIL
28

-2-

STIPULATION AND [PROPOSED] ORDER VACATING THE CASE MANAGEMENT
CONFERENCE AND SETTING BRIEFING SCHEDULE
Case No. 5:15-cv-04562-BLF

4819-7618-8468.2

| | |
|---|---|
| 1 | RIGHTS OF THE SAN FRANCISCO BAY AREA |
| 2 | Meredith Desautels (SBN 259725)<br>mdesautels@lccr.com |
| 3 | Stephanie Funt (SBN 300152)<br>sfunt@lccr.com |
| 4 | 131 Steuart Street, Suite 400<br>San Francisco, CA 94105 |
| 5 | Telephone: (415) 543-9444<br>Facsimile: (415) 543-0296 |
| 6 | BERGER & MONTAGUE, P.C. |
| 7 | E. Michelle Drake, MN Bar No. 0387366*<br>emdrake@bm.net |
| 8 | Joseph C. Hashmall, MN Bar No. 392610*<br>jhashmall@bm.net |
| 9 | 100 South Fifth St., Suite 1900<br>Minneapolis, MN 55402 |
| 10 | Phone: (215) 875-3000<br>Fax: (215) 875-4604<br>*admitted pro hac vice |

1 RIGHTS OF THE SAN FRANCISCO BAY AREA
  Meredith Desautels (SBN 259725)
2 mdesautels@lccr.com
  Stephanie Funt (SBN 300152)
3 sfunt@lccr.com
  131 Steuart Street, Suite 400
4 San Francisco, CA 94105
  Telephone: (415) 543-9444
5 Facsimile: (415) 543-0296

6 BERGER & MONTAGUE, P.C.
  E. Michelle Drake, MN Bar No. 0387366*
7 emdrake@bm.net
  Joseph C. Hashmall, MN Bar No. 392610*
8 jhashmall@bm.net
  100 South Fifth St., Suite 1900
9 Minneapolis, MN 55402
  Phone: (215) 875-3000
10 Fax: (215) 875-4604
   *admitted pro hac vice

11 NICHOLS KASTER, LLP
   Matthew C. Helland (SBN 250451)
12 helland@nka.com
   One Embarcadero Center, Suite 720
13 San Francisco, CA 94111
   Telephone: (415) 277-7235
14 Facsimile: (415) 277-7238

15 ATTORNEYS FOR PLAINTIFFS AND
   PROPOSED CLASS MEMBERS
16

17 Dated: July 14, 2016       NIXON PEABODY LLP
18
                              By: */s/ Robert A. Dolinko*
19                            Robert A. Dolinko, SBN 76256
                              rdolinko@nixonpeabody.com
20                            Matthew J. Frankel, SBN 256633
                              mfrankel@nixonpeabody.com
21                            One Embarcadero Center, 18th Floor
                              San Francisco, CA 94111
22                            Tel: 415-984-8200
                              Fax: 415-984-8300
23

24                            ATTORNEYS FOR DEFENDANT
25
26
27
28                                    -3-

STIPULATION AND [PROPOSED] ORDER VACATING THE CASE MANAGEMENT
CONFERENCE AND SETTING BRIEFING SCHEDULE
Case No. 5:15-cv-04562-BLF

4819-7618-8468.2

**ORDER**

Pursuant to the Stipulation of the parties, the ~~initial~~ Case Management Conference in the above-captioned action is ~~vacated~~ continued to November 17, 2016 and the briefing schedule set forth in the Stipulation is adopted.

It is SO ORDERED.

Dated: July 15, 2016

*Beth Labson Freeman*
Hon. Beth Labson Freeman
UNITED STATES DISTRICT JUDGE

-4-
STIPULATION AND [PROPOSED] ORDER VACATING THE CASE MANAGEMENT
CONFERENCE AND SETTING BRIEFING SCHEDULE
Case No. 5:15-cv-04562-BLF

4819-7618-8468.2

**ECF ATTESTATION**

I, Jahan C. Sagafi, am the ECF User whose ID and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER VACATING THE CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE. In compliance with Local Rule 5-1(i)(3), I hereby attest that Defendant's counsel, Robert A. Dolinko, has concurred in this filing.

Date: July 14, 2016                    */s/ Jahan C. Sagafi*
                                       Jahan C. Sagafi

-5-
STIPULATION AND [PROPOSED] ORDER VACATING THE CASE MANAGEMENT
CONFERENCE AND SETTING BRIEFING SCHEDULE
Case No. 5:15-cv-04562-BLF

4819-7618-8468.2