# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMANDA DOUGHERTY, individually
and as a representative of a class,

               Plaintiff,

  v.

BARRETT BUSINESS SERVICES,
INC.,

               Defendant.

C15-1501 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Barrett Business Services, Inc.'s Rule 12(c) motion, docket no. 28, is DENIED. Plaintiff has alleged an invasion of privacy resulting from defendant's failure to provide a stand-alone disclosure pursuant to 15 U.S.C. § 1681b(b)(2)(A) and properly obtain her consent before procuring a consumer report. This injury is sufficiently concrete to convey Article III standing. *See In re Nickelodeon Consumer Privacy Litig.*, 827 F.3d 262, 274 (3d Cir. 2016); *Meza v. Verizon Commc'ns, Inc.*, 2016 WL 4721475 at *3 (E.D. Cal. Sep. 9, 2016); *see also Thomas v. FTS USA, LLC*, 2016 WL 3653883 at *7 (E.D. Va. June 30, 2016). In denying defendant's motion for judgment on the pleadings, the Court makes no ruling concerning the merits of plaintiff's claim.

(2) The parties are DIRECTED to meet and confer and to submit, within twenty-one (21) days of the date of this Minute Order, a Joint Status Report in the form outlined by the Order entered April 13, 2015, docket no. 4.

MINUTE ORDER - 1

(3)	The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of November, 2016.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2