# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARAH CONNOLLY, individually
and on behalf of all others similarly
situated,

          Plaintiff,

  v.

UMPQUA BANK,

          Defendant.

C15-517 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Umpqua Bank's Rule 12(b)(1) motion to dismiss, docket no. 49 is DENIED. Plaintiff has alleged an invasion of privacy resulting from defendant's failure to provide a stand-alone disclosure pursuant to 15 U.S.C. § 1681b(b)(2)(A)(i) and properly obtain her consent before procuring a consumer report. This injury is sufficiently concrete to convey Article III standing. *See In re Nickelodeon Consumer Privacy Litig.*, 827 F.3d 262, 274 (3d Cir. 2016); *Meza v. Verizon Commc'ns, Inc.*, 2016 WL 4721475 at *3 (E.D. Cal. Sep. 9, 2016); *see also Thomas v. FTS USA, LLC*, 2016 WL 3653883 at *7 (E.D. Va. June 30, 2016). In denying defendant's motion to dismiss for lack of subject-matter jurisdiction, the Court makes no ruling concerning the merits of plaintiff's claim.

(2) The parties are DIRECTED to meet and confer and to submit, within twenty-one (21) days of the date of this Minute Order, a Joint Status Report in the form outlined by the Order entered April 13, 2015, docket no. 4.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of November, 2016.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2